COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY, | § | No. 08-09-00133-CV |
|  | § | Appeal from |
| Appellant, | § | 168th District Court |
| v. | § | of El Paso County, Texas |
| MICHAEL AGUILAR, | § | (TC # 2008-1887) |
| Appellee. | § |  |

**MEMORANDUM OPINION**

Pending before the Court is Appellant's motion to dismiss this appeal pursuant to TEX.R.APP.P. 42.1(a)(1) because the parties have settled the dispute. We grant the motion and dismiss the appeal. Costs are assessed against Appellant. *See* TEX.R.APP.P. 42.1(d)(absent agreement of the parties, costs are taxed against the appellant).

November 24, 2009

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.
Rivera, J., not participating